UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE STONER, on behalf of himself
and others similarly situated

        Plaintiff,

v.                                    Case No:  2:14-cv-556-FtM-38DNF

FORDS BOATHOUSE CAPE CORAL
LLC,

        Defendant.
_____/

**<u>ORDER</u>**[1]

This matter comes before the Court on the Plaintiff, George Stoner's Notice of Voluntary Dismissal with Prejudice (Doc. #7) filed on October 24, 2014.  Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

In this instance, the Plaintiff informs the Court that he voluntarily dismisses the Complaint with prejudice as a settlement was reached prior to the Defendant being served.

The Plaintiff brought the Complaint pursuant to the Fair Labor Standards Act (FLSA) 29 U.S.C. § 201 *et. seq.* Ordinarily, a complaint brought pursuant to the FLSA requires the Court to review the settlement to ensure that the settlement is fair and reasonable. Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1352-1355 (11th Cir. 1982). In this case, Stoner states his claim was settled in full without compromise including liquidated damages. When an FLSA case is settled in full—without compromise—the settlement is considered to be *per se* fair and reasonable. *See* Rotger v. Hot Dog Heaven of Orlando, Inc., 2011 WL 496636, *2 (M.D. Fla. September 23, 2011) (noting that full recompense of an FLSA claim is fair and reasonable and does not require the court's review). Thus, there is no need for the Court to review the settlement. As such, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, George Stoner's Notice of Voluntary Dismissal with Prejudice (Doc. #7) is **GRANTED**. The case is **DISMISSED with prejudice**. The Clerk of the Court is directed to enter judgment accordingly, terminate any pending motions, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 27th day of October, 2014.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record